UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| DAVID EARL ROACH, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 4:11-cv-74 |
| v. | ) |
| | ) Judge Mattice |
| SANFORD, L.P., and NEWELL RUBBERMAID, INC., | ) |
| *Defendants.* | ) |

## JUDGMENT

This case came before the Court on the Defendants' Motion for Summary Judgment. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted Defendants' Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 27th day of December, 2012.

                                               /s/ *Debra C. Poplin*
                                                 Debra C. Poplin
                                                 CLERK OF COURT